IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLIFTON P. BLANCHARD,

    Plaintiff,

 v.                                                                         No. CV 12-974 MV/CG

DR. BROWN,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Mailings from the Court to Plaintiff have been returned undelivered with a notation that he is not in custody (Doc. 5). It appears that Plaintiff has not advised the Court of his new address, as required by D.N.M.LR-Civ 83.6, and may have severed contact with the Court. Plaintiff's failure to comply with the Court's local rules demonstrates a manifest lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); *Oklahoma Publishing Co. v. Powell*, No. 78-1856, 1980 WL 6687, at *2 (10th Cir. Mar. 7, 1980).

Additionally, Plaintiff was ordered to make an initial partial payment of $4.05 towards the full amount of the filing fee, or show cause as to why such payment should be excused, by October 29, 2012. (Doc. 4). To date, Plaintiff has not complied with this order. Plaintiff must show cause why his complaint should not be dismissed. Failure to respond to this Order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that, within fourteen (14) days from entry of this order, Plaintiff shall file a response confirming his current address or otherwise showing cause why his complaint should not be dismissed.

**IT IS FUTHER ORDERED** that, within fourteen (14) days from entry of this order, Plaintiff shall send to the Clerk an initial partial payment of $4.05 or show cause why the payment should be excused.  The Clerk is directed to mail a copy of this order to Plaintiff at the latest address in the file.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE